UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROCKWAY, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1932 DAD KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　By order filed December 16, 2022, plaintiff was ordered to show cause, within thirty days, why his action should not be terminated because it was improvidently opened as a new case. The twenty-one day period expired, and plaintiff has not shown cause or otherwise responded to the court's order.

　　　IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

////

1

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 26, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/smit1932.fsc